MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

STEPHEN MEYER (CABN 263954)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5032
    Stephen.Meyer@usdoj.gov

Attorneys for United States of America

**FILED**

OCT 20 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 86 CR 0020019-1 |
| v. | APPLICATION AND [PROPOSED] ORDER EXONERATING BOND |
| JOHN DE ROSE, | |
| Defendant. | |

The government respectfully moves this Court for the entry of an order to (1) exonerate the bond posted in support of the release of the defendant John De Rose in the above-captioned matter; and (2) direct the Clerk of the Court to reconvey the following real property, namely: 1135 Coolidge, San Jose, CA 95125, for the reason that the case is concluded and the necessity for the bond has been extinguished.

IT IS HEREBY ORDERED that:

1. The bond in the above-captioned action against John De Rose is exonerated.

2. The Clerk of the Court is directed to reconvey the property, namely 1135 Coolidge, San Jose, CA 95125.

IT IS SO ORDERED.

DATED: October 20, 2014



HONORABLE EDWARD J. DAVILA
United States District Judge

86 CR 0020019-1
APPLICATION AND [PROPOSED] ORDER EXONERATING BOND