1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  STEPHEN MEYER (CABN 263954)
   Assistant United States Attorney

5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95115
       Telephone: (408) 535-5032
7      Stephen.Meyer@usdoj.gov

8  Attorneys for United States of America

9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,        )   CASE NO. 86 CR 0020019-1
                                     )
14                                   )   APPLICATION AND [PROPOSED] AMENDED
                                     )   ORDER EXONERATING BOND
15      v.                           )
                                     )
16  JOHN DE ROSE,                    )
                                     )
17      Defendant.                   )
                                     )
18

19      The government respectfully moves this Court for the entry of an order to (1) exonerate the bond

20  posted in support of the release of the defendant John De Rose in the above-captioned matter; and (2)

21  direct the Clerk of the Court to reconvey the following real property, namely: 157 Willow Street, San

22  Jose, CA 95110, for the reason that the case is concluded and the necessity for the bond has been

23  extinguished.

24

25      IT IS HEREBY ORDERED that:

26      1.  The bond in the above-captioned action against John De Rose is exonerated.

27

28

CASE NO.: 86 CR 0020019-1
APPLICATION AND [PROPOSED] AMENDED ORDER EXONERATING BOND

2. The Clerk of the Court is directed to reconvey the property, namely 157 Willow Street, San Jose, CA 95110.

IT IS SO ORDERED.

DATED: October 21, 2014

_____
HONORABLE EDWARD J. DAVILA
United States District Judge

CASE NO.: 86 CR 0020019-1
APPLICATION AND [PROPOSED] AMENDED ORDER EXONERATING BOND